No. 92–9066. SPARHAWK v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 92–9067. SISTRUNK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9068. BOVER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9071. MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9072. POTTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–9073. MITCHELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9074. LOCKHART v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–9075. WINBORN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9076. WALKER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–9077. CLARK v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–9078. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9079. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9080. ALVAREZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–9081. GILMORE v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.